UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS HERZOG,**<br><br>        Plaintiff,<br><br>v.<br><br>**MIGUEL A. LOPEZ-CUEN, an individual; CALIFORNIA HIGHWAY PATROL, a California Governmental Department; STATE OF CALIFORNIA, a Governmental Entity; and DOES 1-8**<br><br>        Defendants. | Case No.: 2:21-cv-01174-MCE-CKD<br><br>**ORDER ON STIPULATION REQUESTING COURT TO EXTEND TIME TO EXCHANGE OPENING EXPERT WITNESS DISCLOSURE TO SEPTEMBER 5, 2023 [F.R. CIV.P. 26(a)(2)]**<br><br>Judge:           Hon. Morrison C. England<br>Action Filed: September 20, 2021 |

Having shown good cause, the Court GRANTS the parties' stipulation, ECF No. 15, and extends the time to provide initial expert witness disclosure to September 5, 2023 and designation of any supplemental expert to 30 days thereafter.

**IT IS SO ORDERED.**

Dated: June 27, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1