UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS HERZOG,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**MIGUEL A. LOPEZ-CUEN, an individual; CALIFORNIA HIGHWAY PATROL, a California Governmental Department; STATE OF CALIFORNIA, a Governmental Entity; and DOES 1-8**<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-01174-MCE-CKD<br><br>**ORDER ON STIPULATION REQUESTING COURT TO EXTEND TIME TO EXCHANGE OPENING EXPERT WITNESS DISCLOSURE TO NOVEMBER 6, 2023 [F.R. CIV.P. 26(a)(2)]**<br><br>Judge:　　Hon. Morrison C. England<br>Action Filed: September 20, 2021 |

Having shown good cause, the Court ORDERS as follows:  The time to provide initial expert witness disclosure is extended to November 6, 2023, and designation of any supplemental expert to 30 days thereafter.

**IT IS SO ORDERED.**

**Dated:  September 8, 2023**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE