**COREY CARTER (SBN 269611)**
**CARTER LAW FIRM, APC**
**27240 Turnberry Lane, Suite 200**
**Valencia, CA 91355**
**Tel: (323) 825 - 5529**
**Fax: (323) 450-2222**
**Email: corey@themainstreetattorney.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS HERZOG,<br><br>        Plaintiff,<br><br>vs.<br><br>MIGUEL A. LOPEZ-CUEN, an individual; CALIFORNIA HIGHWAY PATROL, a California Governmental Department; STATE OF CALIFORNIA, a Governmental Entity; and DOES 1-8<br>        Defendants. | Case No.   2:21-cv-01174-MCE-CKD<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND LOCAL RULE 141**<br><br>MOTION FOR SUMMARY JUDGMENT HEARING DATE:<br><br>Date:   December 14, 2023<br>Time:   10:00AM.<br>Ctrm:   7<br><br>Action Filed:  May 28, 2021 |

Having read and considered Plaintiff's Request To File Documents In Support Of Opposition To Motion For Summary Judgment Under Seal Pursuant To Protective Order And Local Rule 141, the Court hereby Grants Plaintiff's request and orders that

1  the following items shall be filed under seal for the period of not more than one (1)
2  year following the date this Order is electronically filed:
3      1- Body worn video of the incident [Exhibit 4 to Carter Declaration];
4      2- Toxicology taken from police report of the incident[Exhibit 8 to Carter
5         Declaration];
6      3- Dashcam video of the incident [Exhibit 9 to Carter Declaration].
7  Should the parties determine an additional period of sealing is warranted, they may
8  file a motion for an extension o this period prior to its expiration.
9      IT IS SO ORDERED.
10 Dated:  January 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE